IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 3:10-00260-04 |
| | ) JUDGE HAYNES |
| YAHYA JAMAL AHMED (Def. No. 4) | ) |

**MOTION TO WAIVE APPEARANCE**

[Handwritten annotation: "GRANTED. The motion is granted. [illegible signature] 9-5-12"]

Defendant, Yahya Jamal Ahmed (4), respectfully moves the Court for an Order waiving his appearance at the deposition set for Wednesday, September 12, 2012, at 2:00 p.m., on grounds that the Defendant was recently seriously injured and is presently hospitalized in Minneapolis, Minnesota. The Defendant is physically unable to make the trip to Nashville. The United States Attorney and the U.S. Probation Officer are aware of Defendant's medical condition.

Defendant's counsel will be present.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Defendant Ahmed
Price, Hill & Kolarich
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
(615) 244-5772