IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:10-00260-04 |
| ) | JUDGE HAYNES |
| YAHYA JAMAL AHMED (Def. No. 4) ) | |

**MOTION TO EXCLUDE YAHYA AHMED'S PRESENCE AT THE
STATUS CONFERENCE SCHEDULED FOR JANUARY 4, 2013**

Defendant, Yahya Jamal Ahmed (4), respectfully moves the Court for an Order excusing the Defendant's presence at the status conference now scheduled for January 4, 2013, at 9:30 a.m. (Docket Entry: 2960).

The Defendant is presently residing in Minneapolis, Minnesota, and was recently severely injured and is still undergoing rehabilitation. The travel to Nashville, Tennessee, from his residence in Minnesota would be unduly burdensome upon the Defendant because of the expense caused by the travel and his medical treatment and rehabilitation are now ongoing in Minneapolis.

Counsel is authorized to state that the Assistant United States Attorney, Van Vincent, has no objection to this Motion.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Defendant Ahmed
Price, Hill & Kolarich
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
(615) 244-5772